UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cause No. 3:14-CR-54-RLM |
| ) | |
| LINN H. JOHNSON ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty on October 29, 2014. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 26), ACCEPTS defendant Linn H. Johnson's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 18 U.S.C. § 2252(a)(4)(B).

SO ORDERED.

ENTERED: December 2, 2014

                                          /s/ Robert L. Miller, Jr.
                                          Judge
                                          United States District Court